IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-79-1-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SUERENZA NIXON | ) | |

Upon motion of the defendant and for good cause shown, the Court hereby ORDERS that the arraignment of defendant shall be continued until the June 20, 2016, term of court.

The Court finds that the ends of justice served by this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore any delay caused by this continuance shall be excluded pursuant to 18 U.S.C. 3161(h).

SO ORDERED this the 2 day of June, 2016

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE