UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Suerenza Tyre Nixon                                    Docket No. 7:15-CR-79-1D

**Petition for Action on Supervised Release**

COMES NOW Orlando M. Roberts, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Suerenza Tyre Nixon, who, upon a finding of guilt by jury to Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Cocaine and a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on November 16, 2016, to the custody of the Bureau of Prisons for a term of 151 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months.

Suerenza Tyre Nixon was released from custody on July 3, 2023, at which time the term of supervised release commenced.

On January 27, 2026, the defendant's case was reassigned to Your Honor for all further proceedings.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant agrees that participation in a program of cognitive behavioral treatment could be beneficial to him. Accordingly, he signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                         I declare under penalty of perjury that the foregoing
                                               is true and correct.

/s/ David W. Leake                             /s/ Orlando M. Roberts
David W. Leake                                 Orlando M. Roberts
Supervising U.S. Probation Officer             U.S. Probation Officer
                                               310 New Bern Avenue, Room 610
                                               Raleigh, NC 27601-1441
                                               Phone: 252-508-3055
                                               Executed On: February 9, 2026

Suerenza Tyre Nixon
Docket No. 7:15-CR-79-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __18__ day of __February__, 2026, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
United States District Judge